Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ALVES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ONE WAY FUNDING, LLC, and DOES 1 through 10, inclusive, and each of them, and JOSEPH REINHARDT, an individual,<br><br>Defendant. | Case No.  2:17-cv-01760-MWF-KS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff TERRI ALVES, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to the individual and class claims. Defendant ONE WAY

1   FUNDING, LLC has neither answered Plaintiff's Complaint, nor filed a motion for

2   summary judgment.  Although this case was filed as a class action, no class has been

3   certified, and court approval of this voluntary dismissal is therefore not required

4   under Rule 23(a) of the Federal Rules of Civil Procedure. Accordingly, this matter

5   may be dismissed without prejudice and without an Order of the Court.

6

7   Dated: June 22, 2017                                    Respectfully submitted,

8                                              THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.

9
                                               By:   /s/ Todd M. Friedman_____
10                                                        TODD M .FRIEDMAN, ESQ.
                                                          ATTORNEY FOR PLAINTIFF
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Filed electronically on this 22nd  day of June, 2017, with:

2  United States District Court CM/ECF system

3

4  This 22nd day of June, 2017.
   By: s/Todd M. Friedman
5       Todd M. Friedman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28